■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM CRENSHAW, Appellant, v HAROLD GRAHAM, Superintendent, Auburn Correctional Facility, Respondent. [965 NYS2d 911]—Appeal from a judgment (denominated order) of the Supreme Court, Cayuga County (Thomas G. Leone, A.J.), entered February 8, 2012 in a habeas corpus proceeding. The judgment denied the petition.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Scudder, P.J., Smith, Centra and Lindley, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. STEPHAN BRIECKE, Appellant, v NEW YORK STATE DEPARTMENT OF CORRECTIONAL SERVICES, Respondent. [965 NYS2d 912]—Appeal from a judgment of the Supreme Court, Wyoming County (Mark H. Dadd, A.J.), entered December 6, 2011 in a habeas corpus proceeding. The judgment dismissed the petition.

It is hereby ordered that said appeal is unanimously dismissed without costs.

Memorandum: Petitioner's appeal from the judgment dismissing his petition for a writ of habeas corpus has been rendered moot by his release to parole supervision (*see People ex rel. Baron v New York State Dept. of Corrections*, 94 AD3d 1410, 1410 [2012], *lv denied* 19 NY3d 807 [2012]; *People ex rel. Kendricks v Smith*, 52 AD2d 1090, 1090 [1976]), and the exception to the mootness doctrine does not apply (*see Baron*, 94 AD3d at 1410; *see generally Matter of Hearst Corp. v Clyne*, 50 NY2d 707, 714-715 [1980]). Present—Scudder, P.J., Smith, Centra and Lindley, JJ.